1058

No. 85–771. BARON v. MELONI, INDIVIDUALLY AND AS SHERIFF OF MONROE COUNTY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–772. BROWN v. WASHINGTON. Super. Ct. Wash., King County. Certiorari denied.

No. 85–774. PALAZZO v. GULF OIL CORP. C. A. 11th Cir. Certiorari denied.

No. 85–776. VARNES v. FORBES ET AL. C. A. 7th Cir. Certiorari denied.

No. 85–778. WORRE v. DEPARTMENT OF REVENUE OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 85–779. KAHN v. ALEXANDER GRANT & CO.; and
No. 85–780. TIFFANY INDUSTRIES, INC. v. ALEXANDER GRANT & CO. C. A. 8th Cir. Certiorari denied. Reported below: 770 F. 2d 717.

No. 85–788. BOGARAT v. EMERSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–789. HIEGEL v. HILL ET AL. C. A. 8th Cir. Certiorari denied.

No. 85–795. BENNETT ET AL. v. UNITED STATES TRUST COMPANY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 85–803. TURNER ET AL. v. C F & I STEEL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–806. ELLIOTT v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 85–807. OHIO v. AKRON AIRPORT POST NO. 8975, VETERANS OF FOREIGN WARS OF THE UNITED STATES. Sup. Ct. Ohio. Certiorari denied.

No. 85–808. GLEASON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 85–809. PLUMMER v. AMAN ET AL. C. A. 3d Cir. Certiorari denied.